IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-2133 - RMR - SKC

**JANE DOE** and
**JANE ROE**

Plaintiffs,

v.

**BOULDER VALLEY SCHOOL DISTRICT,**
Defendant.

## JOINT NOTICE OF SETTLEMENT

Undersigned counsel notifies the Court that Plaintiffs and Defendant have reached an agreement that resolves all claims in this matter.  The parties request that the Court provide 21 days for the parties to complete the settlement paperwork at which time the parties will file a Stipulation of Dismissal.

Dated:  September 29, 2022.

Respectfully submitted,

HUTCHINSON BLACK AND COOK, LLC

By: */s/ John Clune*
    John Clune
    Kimberly M. Hult,
    Matthew Simonsen
    921 Walnut Street, Suite 200
    Boulder, CO  80302
    (303) 442-6514
    clune@hbcboulder.com
    Hult@hbcboulder.com
    simonsen@hbcboulder.com
    *Attorneys for Plaintiffs*

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

By: *s/ Holly E. Ortiz*
Holly E. Ortiz
Michael Brent Case
Johnathan Koonce
1120 Lincoln Street, Ste. 1308
Denver, CO 80203
(303) 595-0941
bcase@semplelaw.com
jkoonce@semplelaw.com
hortiz@semplelaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September 2022, a correct copy of the foregoing was filed and served via CM/ECF to the following:

Holly E. Ortiz
Michael Brent Case
Johnathan Koonce
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Ste. 1308
Denver, CO 80203
(303) 595-0941
bcase@semplelaw.com
jkoonce@semplelaw.com
hortiz@semplelaw.com

*Attorneys for Defendant Boulder Valley School District*

*s/ Joi Zimmerman Gault*
Joi Zimmerman Gault